IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**MICHAEL ALLEN POOLE**   **PLAINTIFF**

**V.**   **CIVIL ACTION NO. 1:06CV334-SA-JAD**

**D. J. ROSSELL, JR., in his individual capacity**   **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Upon motion of the parties, the Court is advised that the claims of Plaintiff Michael Allen Poole in the above styled and numbered cause have been compromised and settled and pursuant thereto any and all claims by or on behalf of Plaintiff Michael Allen Poole in this action are hereby dismissed with prejudice with each party to bear their own costs.

SO ORDERED, this the 11th day of December, 2007.

                                                   /s/ Sharion Aycock
                                       UNITED STATES DISTRICT JUDGE

The Following Agree to Entry
of the Above and Foregoing Order:

s/Ron L. Woodruff
Attorney for Plaintiff

s/Berkley N. Huskison
Attorney for Defendant